**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2444**

---

GARY LEE JOHNSON, d/b/a Company Garwill, d/b/a
The Gardale Company,

                                        Plaintiff - Appellant,

        versus

EDWIN G. PENN, III,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Norman K. Moon, District Judge.
(CA-01-50-4)

---

Submitted:  March 21, 2002          Decided:  March 27, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gary Lee Johnson, Appellant Pro Se.  John Lunsford Gregory, III,
YOUNG, HASKINS, MANN & GREGORY, P.C., Martinsville, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gary Lee Johnson seeks to appeal the district court's order affirming the bankruptcy court's orders granting Appellee relief from the automatic stay and denying Johnson's motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. Penn, No. CA-01-50-4 (W.D. Va. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED